# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

UNITED STATES OF AMERICA

v.     No. 3:23-cr-94-BJB

THOMAS GUNTER, ET AL.

## ORDER

Gunter has filed a pro se motion to dismiss the indictment, DN 76, despite being represented by counsel. Defendants of course enjoy a constitutional and statutory right to either represent themselves (proceed "pro se") or be represented by counsel. But they have no right to do both: the law does not entitle defendants to "hybrid representation" in which defendants may partially represent themselves by, for example, supplementing their counsel's filings with ex parte requests to the court. Gunter, like other federal criminal defendants, must either represent himself or appear through counsel. *See United States v. Loudermilk*, 425 Fed. App'x 500, 503 (6th Cir. June 13, 2011) ("a defendant has no right to combine self-representation with representation by counsel"); *United States v. Halbert*, 640 F.2d 1000, 1009 (9th Cir. 1981) (collecting cases). The Court therefore denies without prejudice Gunter's pro se motion to dismiss the indictment.

Benjamin Beaton, District Judge
United States District Court

April 5, 2024