

FILED
JAMES J. VILT, JR. - CLERK
JUN 18 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

SUPERSEDING INDICTMENT

v.

NO.  3:23-CR-94-BJB

**THOMAS GUNTER (1, 5, 7, 8, 11, 13-19, 21-22)**
**DESMOND ALLEN (1, 17, 23)**
**BYRON MAYES (1, 9)**
**DAVID CARTER (1-4, 12, 19)**
**BRANDON TRAUGHBER (1, 6, 9, 10)**
**LAUREN BAUM (1, 17)**
**JASON HILL (1, 6)**
**TERRY SCHULTZ (1, 20, 24-27)**
**DEMARCUS YOUNG (1, 23)**
**CARMEN WREN (1, 20, 24)**

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(e)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 846
21 U.S.C. § 851
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Distribute Methamphetamine)*

Beginning on a date unknown to the Grand Jury, but at least as early as January 1, 2021 continuing up to and through on or about October 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER, DESMOND ALLEN, BYRON MAYES, DAVID CARTER, BRANDON TRAUGHBER, LAUREN BAUM, JASON HILL, TERRY SCHULTZ, DEMARCUS YOUNG,** and **CARMEN WREN** defendants herein, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Methamphetamine)*

On or about February 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAVID CARTER**, a defendant herein, knowingly and intentionally distributed five (5) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 3
*(Distribution of Methamphetamine)*

On or about March 1, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAVID CARTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 4
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about March 1, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAVID CARTER**, a defendant herein, did knowingly possess a firearm in furtherance

of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 5
*(Distribution of Methamphetamine)*

On or about March 8, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 6
*(Distribution of Methamphetamine)*

On or about March 9, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRANDON TRAUGHBER** and **JASON HILL**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7
*(Distribution of Methamphetamine)*

On or about March 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 8
*(Distribution of Methamphetamine)*

On or about March 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 9
*(Distribution of Methamphetamine)*

On or about March 14, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRANDON TRAUGHBER,** and **BYRON MAYES** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of

methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

The Grand Jury further charges:

## COUNT 10
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about March 14, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRANDON TRAUGHBER**, a defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 11
*(Distribution of Methamphetamine)*

On or about March 17, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 12
*(Distribution of Methamphetamine)*

On or about April 6, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAVID CARTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 13
*(Distribution of Methamphetamine)*

On or about April 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 14
*(Distribution of Methamphetamine)*

On or about May 1, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 15
*(Distribution of Methamphetamine)*

On or about May 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 16
*(Distribution of Methamphetamine)*

On or about June 5, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 17
*(Distribution of Methamphetamine)*

On or about June 22, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER, DESMOND ALLEN**, and **LAUREN BAUM** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams

or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

The Grand Jury further charges:

## COUNT 18
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about June 22, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 19
*(Distribution of Methamphetamine)*

On or about June 28, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER** and **DAVID CARTER** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

The Grand Jury further charges:

## COUNT 20
*(Distribution of Methamphetamine)*

On or about August 24, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **TERRY SCHULTZ** and **CARMEN WREN** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), Title 18 United States Code, Section 2.

The Grand Jury further charges:

## COUNT 21
*(Possession with Intent to Distribute Methamphetamine)*

On or about August 29, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER** and **LAUREN BAUM** defendants herein, aided and abetted by each other, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 22
*(Possession of a Firearm by a Prohibited Person)*

On or about August 29, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 17 pistol, bearing serial number VWR930, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about May 13, 2005, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 04-CR-3622, **THOMAS GUNTER**, was convicted of the offenses of Stalking (two counts);

> On or about May 13, 2005, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 05-CR-45, **THOMAS GUNTER**, was convicted of the offense of Theft by Unlawful Taking; and

> On or about December 10, 2009, in Floyd County Superior Court, New Albany, Indiana, in Case Number 22D01-0612-MR-00956, **THOMAS GUNTER**, was convicted of the offense of Voluntary Manslaughter.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 23
*(Possession with Intent to Distribute Methamphetamine)*

On or about August 29, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DESMOND ALLEN** and **DEMARCUS YOUNG** defendants herein, aided and abetted by each other, knowingly and intentionally possessed with intent to distribute fifty (50)

grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

The Grand Jury further charges:

## COUNT 24
*(Possession with Intent to Distribute Methamphetamine)*

On or about August 29, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **TERRY SCHULTZ** and **CARMEN WREN** defendants herein, aided and abetted by each other, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code, Section 2.

The Grand Jury further charges:

## COUNT 25
*(Possession with Intent to Distribute Methamphetamine)*

On or about October 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **TERRY SCHULTZ** defendant herein, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 26
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about October 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **TERRY SCHULTZ**, a defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 27
*(Possession of a Firearm by a Prohibited Person)*

On or about October 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **TERRY SCHULTZ**, a defendant herein, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith and Wesson, model SD40 VE, .40 caliber handgun, bearing serial number FBF9719, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 10, 2009, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 08-CR-3429, **TERRY SCHULTZ**, was convicted of the offenses of Unlawful Transaction with a Minor in the 2nd Degree (two counts);

> On or about August 28, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-2223, **TERRY SCHULTZ**, was convicted of the offense of Trafficking in a Controlled Substance in the 1st Degree over 2 grams of Methamphetamine;

> On or about September 9, 2016, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 15-CR-1799, **TERRY SCHULTZ**, was convicted of the offenses of Trafficking in a Controlled Substance in the 1st Degree over 2 grams of Methamphetamine (two counts); and Tampering with Physical Evidence; and

On or about September 9, 2016, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 16-CR-203, **TERRY SCHULTZ**, was convicted of the offenses of Trafficking in a Controlled Substance in the 1st Degree over 2 grams of Methamphetamine (two counts); and Convicted Felon in Possession of a Handgun.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), 924(e).

## INFORMATION OF PRIOR CONVICTION

At the time of the offenses charged in this Superseding Indictment, **THOMAS GUNTER**, a defendant herein, had been convicted of one or more serious violent felony offenses, as defined in Title 21, United States Code, Section 802(58), specifically:

On or about December 10, 2009, in Floyd County Superior Court, New Albany, Indiana, in Case Number 22D01-0612-MR-00956, **THOMAS GUNTER**, was convicted of the offense of Voluntary Manslaughter, for which he served a term of imprisonment for more than 12 months;

and is therefore subject to increased punishment.

Pursuant to Title 21, United States Code, Sections 841, 846, and 851.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), and 846 as charged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, **THOMAS GUNTER, DESMOND ALLEN, BYRON MAYES, DAVID CARTER, BRANDON TRAUGHBER, LAUREN BAUM, JASON HILL, TERRY SCHULTZ, DEMARCUS YOUNG**, and **CARMEN WREN**, defendants' herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used,

in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), and 924(c)(1)(A), as alleged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, **BRANDON TRAUGHBER, DAVID CARTER, THOMAS GUNTER,** and **TERRY SCHULTZ,** defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including but not limited to: Glock, model 17 pistol, bearing serial number VWR930; a Smith and Wesson, model SD40 VE, .40 caliber handgun, bearing serial number FBF9719; and ammunition.

A TRUE BILL.

[Redacted]

*[signature]*
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRP 6-18-24

UNITED STATES OF AMERICA v. **THOMAS GUNTER, DESMOND ALLEN, BYRON MAYES, DAVID CARTER, BRANDON TRAUGHBER, LAUREN BAUM, JASON HILL, TERRY SCHULTZ, DEMARCUS YOUNG,** and **CARMEN WREN**

## PENALTIES

| | |
|---|---|
| Counts 1, 3, 5-9, 11-17, 19-21, 23-25: | NL 10 yrs./NM Life/NM $10,000,000/both/NL 8 yrs. Supervised Release (each count) (NL 15 yrs./NM Life/NM $10,000,000/both/NL 8 yrs. Supervised Release (with one prior qualifying conviction)) (each count) |
| Count 2: | NL 5 yrs./NM 40 yrs./$5,00,000/both/NL 8 yrs. Supervised Release |
| Counts 22, 27: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (NL 15 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release (with notice of three prior qualifying convictions pursuant to 18 U.S.C. § 924(e))) (each count) |
| Counts 4, 10, 18, 26: | NL 5 yrs./NM Life/NM $250,000/both/NL 5 yrs. Supervised Release (consecutive) (each count) |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.